AO 106 (Rev. 04/10)  Application for a Search Warrant

E-FILED
Friday, 18 October, 2019  10:54:02 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 18 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) |
| APPLE IPHONE X WITH SERIAL NUMBER G0NVV9AXJCL6, CURRENTLY LOCATED AT 900 E. LINTON AVE., SPRINGFIELD, ILLINOIS | ) |

Case No.  19-MJ-7 215

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Apple iPhone X with serial number G0NVV9AXJCL6, currently located at 900 E. Linton Ave., Springfield, Illinois, as described in Attachment A.

located in the _____ Central _____ District of _____ Illinois _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

The application is based on these facts:

See attached Affidavit of FBI Special Agent Brian Schenkelberg.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Brian Schenkelberg

*Applicant's signature*

Brian Schenkelberg, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric Long

Date:  10/18/2019

*Judge's signature*

City and state:  Urbana, Illinois

ERIC I. LONG, Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

IN THE MATTER OF THE SEARCH OF
APPLE IPHONE X WITH SERIAL
NUMBER G0NVV9AXJCL6, CURRENTLY
LOCATED AT 900 E. LINTON AVE.,
SPRINGFIELD, ILLINOIS

Case No. __19 - 7215__

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Brian Schenkelberg, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—an electronic device—which is currently in law enforcement possession, and the extraction from that property of electronically stored information described in Attachment B.

2.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since July 2014.  I am assigned to the Champaign Resident Agency of the Springfield Division and work primarily complex financial crime matters.  I have received training regarding financial crime matters, including investigation of violations of Title 18, United States Code, Section 1343 (Wire Fraud).  Prior to becoming a Special Agent, I was employed as a Senior Auditor II with the Office of Auditor of State, State of Iowa.  I am a Certified Public Accountant (CPA) registered in Iowa.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

4.       The property to be searched is an Apple iPhone X, serial number G0NVV9AXJCL6, hereinafter the "Device". The Device is currently located within the FBI Springfield Evidence Control Room, 900 E. Linton Ave., Springfield, IL 62703.

5.       The applied-for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data more particularly described in Attachment B.

## Probable Cause

6.       The Macon County Sheriff's Office received a report in July 2019 alleging that Daniel Brue, then-Superintendent at Meridian Community School District (MCSD), had embezzled approximately $250,000. This was discovered by the MCSD auditors, who had received a tip from a MCSD employee.

7.       The auditors prepared a short summary of their findings. They confronted Brue on July 26, 2019. According to their summary, Brue confessed and stated "I created the fake invoices and took the payments and deposited them into a PNC bank account in my name via mobile banking."

8.       Brue set up a company called Ideal Consulting and Construction Services (ICCS) and submitted fake invoices to MCSD that were paid. The auditors obtained the back of at least one check sent to ICCS. On the back of the check was handwritten "For Deposit Only, Ideal Consulting Services" and stamped or typed on the back was "For Mobile Deposit Only, PNC Bank."

9.       Based on my training and experience, I am aware that mobile banking and mobile deposits usually are conducted on mobile telephones through banking applications, financial applications, or through internet access.

2

10.     Based on these facts, it is reasonable to assume the Device contains evidence of violations of Title 18, United States Code, Section 1343, wire fraud.

11.     Macon County Sheriff's Office Detective Matthew Whetstone contacted the FBI on July 29, 2019 to request assistance with the investigation of Daniel Brue, and the FBI opened an investigation.

12.     The Device is currently in the lawful possession of the FBI.  It came into the FBI's possession in the following way:  Detective Whetstone obtained a Search and Seizure Warrant from the State of Illinois, In the Circuit Court of the Sixth Judicial Circuit, Macon County on August 6, 2019 and collected the Device on August 8, 2019.  On August 15, 2019, I met with Detective Whetstone and collected the Device.  Since the receipt of the device on August 15, 2019, it has remained in the secure custody of the FBI.

13.     Therefore, while the FBI might already have all necessary authority to examine the Device, I seek this additional warrant out of an abundance of caution to be certain that an examination of the Device will comply with the Fourth Amendment and other applicable laws.

14.     The Device is currently in storage within the FBI Springfield Evidence Control Room, 900 E. Linton Ave., Springfield, IL 62703.  In my training and experience, I know that the Device has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when the Device first came into the possession of the FBI.

## TECHNICAL TERMS

15.     Based on my training and experience, I use the following technical terms to convey the following meanings:

a.   Wireless telephone:  A wireless telephone (or mobile telephone, or cellular
telephone) is a handheld wireless device used for voice and data communication
through radio signals.  These telephones send signals through networks of
transmitter/receivers, enabling communication with other wireless telephones or
traditional "land line" telephones.  A wireless telephone usually contains a "call
log," which records the telephone number, date, and time of calls made to and
from the phone.  In addition to enabling voice communications, wireless
telephones offer a broad range of capabilities.  These capabilities include: storing
names and phone numbers in electronic "address books;" sending, receiving, and
storing text messages and e-mail; taking, sending, receiving, and storing still
photographs and moving video; storing and playing back audio files; storing
dates, appointments, and other information on personal calendars; and accessing
and downloading information from the Internet.  Wireless telephones may also
include global positioning system ("GPS") technology for determining the
location of the device.

b.   Digital camera:  A digital camera is a camera that records pictures as digital
picture files, rather than by using photographic film.  Digital cameras use a
variety of fixed and removable storage media to store their recorded images.
Images can usually be retrieved by connecting the camera to a computer or by
connecting the removable storage medium to a separate reader.  Removable
storage media include various types of flash memory cards or miniature hard
drives.  Most digital cameras also include a screen for viewing the stored images.

This storage media can contain any digital data, including data unrelated to photographs or videos.

c.  Portable media player:  A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital data.  Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can also store any digital data.  Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d.  GPS:  A GPS navigation device uses the Global Positioning System to display its current location.  It often contains records of the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location.  These devices can contain records of the addresses or locations involved in such navigation.  The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth.  Each satellite contains an extremely accurate clock.  Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers.  These signals are sent by radio, using specifications that are publicly available.  A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer

connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

e. PDA:  A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs.  Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail.  PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can store any digital data.  Most PDAs run computer software, giving them many of the same capabilities as personal computers.  For example, PDA users can work with word-processing documents, spreadsheets, and presentations.  PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

f. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet.  An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.  Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

6

g. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

16.     Based on my training, experience, and research, I know that the Device has capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA.  In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

17.     Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time.  Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.  This information can sometimes be recovered with forensics tools.

18.     *Forensic evidence.*  As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crime described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when.  There is probable cause to believe that this forensic electronic evidence might be on the Device because:

a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

b.  Forensic evidence on a device can also indicate who has used or controlled the device.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c.  A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d.  The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process.  Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators.  Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves.  Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e.  Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

19.  *Nature of examination.*  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the Device consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose

many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

20.  *Manner of execution.*  Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises.  Consequently, I submit there is probable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

21.  I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the Device described in Attachment A to seek the items described in Attachment B.

Respectfully submitted,

s/Brian Schenkelberg

Brian Schenkelberg
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this *18* day of October, 2019.
s/Eric Long

Eric I. Long
United States Magistrate Judge

9

## Attachment A

The property to be searched is an Apple iPhone X, serial number G0NVV9AXJCL6, hereinafter the "Device". The Device is currently located within the FBI Springfield Evidence Control Room, 900 E. Linton Ave., Springfield, IL 62703.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

**Attachment B**

1.      All records on the Device described in Attachment A that relate to violations of Title 18, United States Code, Section 1343 (Wire Fraud) and involve Daniel Brue since 2011, including:

    a.   all bank records, checks, credit card bills, account information, and other financial records.

    b.   any information regarding Ideal Consulting and Construction Services, including invoices.

    c.   any communication regarding the alleged embezzlement.

2.      Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the seized or

copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.